23

Paid: 150017.319

Case: 2:25-cv-13095
Assigned To : Goldsmith, Mark A.
Referral Judge: Grand, David R.
Assign. Date : 10/1/2025
Description: CMP MILLAN V. DELTA AIRLINES, INC (AB)

POOR QUALITY ORIGINAL

# IN THE UNITED STATES DISTRIC COURT 1

## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| PLAINTIFF | |
| Rodrigo Millan | **COMPLAINT** |
| PO BOX #131 | |
| Trenton, MI 48183 | |
| FazendaMillan@outlook.com | |
| Saferdriver2018@gmail.com | |
| Vs | |
| DEFENDANT | |
| Delta Airlines, Inc | |
| 2 sun court , suite 400 | |
| Peachtree Corners, GA, 30092 | |

**JURISDICTION AND VENUE**

This Court The United States District Court , Eastern District of Michigan , has jurisdiction pursuant of Wayne County, in the State of Michigan .

Venue is appropriate in this court , because Defendant Operates a murder business of deception misinformation and electronic weapons of weaponization of aircraft malfunctioning instruments, (like a MRI MED) in this county of Wayne County, in he State of Michigan.

## INRODUCTION

Defendant Delta Airlines , is involved in weaponizing of knowing malfunction aircraft instruments to commit murder electronic, and stalk those it nazi thug mafias see a reason to remove from Society. Plaintiff and countless others been victimized by Defendant mob stalker Criminal unlawful behavior that in the years of working against Plaintiff Interest ,Freedom and Constitutional rights, of the 1st and the 14th Amendment of the United States of America Constitution.

## GENERAL MURDER WITNESS

Defendant for over a decade has choose to directly flight with a path of weaponize emf aircraft at low attitudes over directly over Plaintiff house or place of work , this was not a act of one aircraft flying over but repeated direct over repeatedly flights over plaintiff property or place of work or residency, while Plaintiff has did everything to not be around Defendant and it nazi thugs constituents . Plaintiff knows these acts of murder caused Plaintiff neighbor Richerd Barnes a U.S. Military Veteran (Who lived at 22402 Cranbrook st , Woodhaven, MI ) to get cancer from repeated Aircraft flights. If the Federal Government ever did a fair investigation, Mr Barnes died, and if the Federal Government did a fair investigation , this murder would be know that Mr. Barnes house had extremely repeated -extremely low

Page 2 of 17

attitude flights directly over Mr, Barnes house, like 100 foot with big Delta aircraft super low repeat flight path , everyday for six month prior to death. This behavior is outside of the norms of flight patterns at times Plaintiff though the big jet was going to hit a tree from the low attitudes . This is not the first time that Plaintiff witness Mobs nazi and corporation constituents above the law , and there Corporate mafias nazi murder innocent lives such as aviation or the rail road or ford motor company . In 2012 to 2018 Plaintiff reported strange order gases coming from neighbors house to fbi online, they said it never happen. In 2018 Plaintiff Neighbor Bill Davis ( Who lived at 22400 Southpoint, Woodhaven, Mi, 48183 ), died from respiratory cancer, so did his next door Neighbor (22416 Southpoint ) both died same year 2018 ( lets not be mistake here two, not one two in 2018 ), and so did the Battles,or Beadles the spelling could be wrong of their names,(they lived at 22436 Cranbrook st,Woodhaven, MI up to 2018) everybody that work for Ford Motor Company or had ties to this corporation or other White Union Supremacy said also it did not happen to cover up crime, how did 4 innocent people get reparatory related cancer all around at the same time in 2018 around ? After this We had covid 2020, strange-weird. Everybody Who had ties to Ford Motor Company on the street said it did not happen , including Plaintiff Mother daughter Husband Who a active mob stalker in decades of works , Who also stalks Plaintiff with out regard to any Laws including restraining orders , and uses Plaintiff Mother Daughter Who a low self esteem loser and does anything to fit in with the crowd as a means to stalk Plaintiff with a marriage certificate .Defendant and there nazi -thug-constituents knows Who She is and use her as a tool to destroy Plaintiff. Plaintiff Mother Daughter lacks the basic capacity to conduce motor vehicle , Plaintiff has no idea what She involved with because every car She has ever had , She has had front end job done on it, and it never Her fault in the Police officers eyes, it always the other Guys fault. She goes on to play a roll of big victim with other family member that I know it a lie.She really does suffer from many delusions . Plaintiff like nothing about the Lier image

Page 3 of 17

Her and Her family put on Plaintiff , with this mob stalker Husband that She has , Including words they put in Plaintiff mouth. What Are these People signing behind closed door Plaintiff would like to know ,because non of these People including Defendant is responsible for Plaintiff bills , or is Plaintiff asking any of these People for a job or a meal or is in need of a meal fund from any of these nazi, including My Mother Daughter Husband Who loves Hitler and is a nazi sympathizer like this Delta Airlines . These nazi take advantage of the situation any way they can to get to stalk track , know Plaintiff where about , communication control (ECA) , and ruin Plaintiff. Some might ask what happen in Aviation for Plaintiff to be stalked for it decade, to Plaintiff it does not matter, it in the past because it don't matter Who right, Who wrong, at the end Plaintiff found Him self in the position of not having money to put food on the table, and this situation is nobody problem but Plaintiffs. At the end Plaintiff had to pay regardless of Who was right or wrong over Aviation decision , key word decision was already made like 04-11-2005 AMR . The aviation nazi unions mob community lost nothing with there hate operations , while Plaintiff did lose , so Defendant Nazi constituents where right no matter what or regardless of the law . The Ideology that of the intimidation , manipulation job loses thru bug stalking practices to recruit , or intimidation thru stalking is illegal, it insane to expect Plaintiff come back to work for a nazi favoritism wall street company after repeated 9 job loses in Aviation because a nazi thug psychopath gangster liar says grass is greener in there eyes like at a Delta Defendant . Plaintiff does not owl Aviation any type of time or any wall street gangster nazi thug company in accordance with the 14th Amendment of the United States of America . **The Intimidation Stalking Practices is equivalent of People sending Pizza to a Judges house letting them know We know where You live, this behavior happen a hand full of times to a few judges and it was on the news, now think about my shoes where a few decades of going on stalking crybaby manipulation practices , would You really like that?** Plaintiff has a right to leave anything Plaintiff does not want to be around in accordance with 14th Amendment of the United States, that Trump hates so much. Where I live , to where I am

working at, it not Aviation nazi mob Constituent's bis.

When Defendant routes there aircraft at every facility that Plaintiffs attempts to work, that very different from the norms , on top of this Plaintiff has issues at these Trucking Places , with RFID ( can be energized by super magnet ) installment harassment to other means such as Exhibit 1 , where We see clearly a stalking operation by the Aviation mob nazi communication to send a nazi mob stalker message and hate like they can't move on from the past , if this is not a stalking practices what is ? EXHIBIT 1 MOB MESSAGES , Plaintiff return a negative A and P license to the faa, in accordance with 14 CFR § 61.27, after the surrender Plaintiff received a letter from the faa, as We can see, instead the playing stupid like the faa does I wrote clearly why on there and send later it back to the faa. Plaintiff was happy minding His business , moved on from what ever Defendant and there aviation thug mob constituents want to say is going on in aviation, believing this was the end of this hassle negativity time of Plaintiff life.

Than Plaintiff started to receive mob stalker messages , while Driving a Semi state to state, not a small little Truck, but a CMV with 20 ton loads at a time, just because Defendant and His mob constituents run a circus joke operation , such as a temco, does not mean Plaintiff does. Plaintiff was working in a heavy 20 ton load Semi, a serous , serous responsibility, and Defendant Constituents mob community decide to follow track Plaintiff, when all Plaintiff did is get always from there negativities. The messages started with Plaintiff picking up a load at a place called Me-Trick, same night never had this happen, a prostitute woke Plaintiff up. Some may say this is normal because I am a Truck Driver in a Truck Stop , but after some human trafficking videos, Plaintiff learn that the way prostitutes know Who looking for services at a truck stop , is by looking for Trucks with there emergency flashers lights on. This is the reason , this never happen to Plaintiff before, it was a clear thug mob stalker operation. After that Plaintiff picked up a load at Avon meaning aviation , OH, to take to Oklahoma City, the headquarters of the thug nazi constituents community .

During this time Plaintiff though everything was normal , and delivered the load of responsibility with pride to Ok City, after the delivery at OK city , Plaintiff pickup a load to deliver at Disputant Virginia . If this is not a mob stalker message than what is ? Plaintiff is just a Truck Driver making a honest living, I was not asking nothing from the Aviation thug nazi community, I just wanted them to take back that negativity licenses that serviced Me no purpose in life but loses, but they continue up to this day to put there thug nose in my business and I don't see why besides hate, this is why this lawsuit has been filed . Plaintiff has no choice at His end , Plaintiff was just trying to move on and put His life together for years , from the damage that aviation had already cased, they don't quit following Plaintiff, Plaintiff been tired for a decade now of there harassment , that makes no since to Plaintiff. Plaintiff was fired and Plaintiff moved on, what I think they wanted was for Plaintiff to become a alcoholic cry baby of some sort of what it could of been and what it was not , it is what it is Plaintiff moved on. Plaintiff has serous responsibility and Plaintiff career as a Truck Driver is no laugh matter ,or a joke to Plaintiff these mob stalker thug operations are Unwelcome in Plaintiff life, and if something is unwelcome it classified as harassment, 18 U.S.C. 2261A . Not only is this unwelcome , but there nothing that Defendant or it thugs can do that would make Me return to the negative of the past, there position is a insult today for Plaintiff . We see clearly in the exhibit , while Plaintiff is only trying to make a honest living, Plaintiff is not breaking the law here , but working honestly . There no way this is legal for Defend ant to hound Plaintiff for the rest of his life, because He used to work in one of the nazi mobster outfit Aviation clown Maintenances temp x 5 , and Defendant Electronic Weaponized Murder Operation continues to this day . Let alone stalk or make a presence at Plaintiff Work, with repeated direct flights over and over Plaintiffs Job, or Place of Residency . 14 CFR 61.27 makes it legal for Plaintiff to quit since Defendant and their thug nazi constituents don't understand the 14th Amendment , regardless of Who right or wrong, but again we see a situation in Exhibit that Aviation

continues to this day after a license surrender (date of bill of lading) to keep following Plaintiff , all Plaintiff did was try to the best of Plaintiff ability and move on after the work was never good enough. Plaintiff will no longer work for the always ungratefulness . **If Plaintiff made a presence for just a few days at a old employer facility ,Plaintiff would of went to jail a long time ago,** there no way Defendants repeated stalking operation is legal in any way of a constant presence like a person that will always have to live around a commercial presence of a negative past stalking to murder with no end in sight. A license surrender is a license surrender meaning the relationship is over , Plaintiff up to this day does not regret surrendering His licenses , it the other way Plaintiff regret ever having one. Plaintiff has nothing but loses to show for , while the Favors win win win with it, Plaintiff only lost. For Defendant it a great deal and has always been a great deal , Plaintiff lose while Defendant and there nazi favoritism constituents lose nothing. Defendant and it mob favorites only win , while Plaintiff continues loses, and Defendant wants to hate

that Plaintiff found a career that works for Plaintiff, regardless of what career Plaintiffs does, it not Defendants business, or what Plaintiff is doing, this repeated flights , of weaponizing electronic bodily harms and stalking is no way legal, 14 CFR 61.27. Plaintiff has nothing to do with aviation favoritism issues or the nazi thug favoritism clown there or there incompetence issues . To Plaintiff having a FAA A and P incense was is a insult because of the type of People that work there . Plaintiff has pride of his name, Plaintiff refuses to have His name near or any way affiliated with Aviation and there constituents . Aviation industry has made there decision to go a route with out regards to Plaintiff or other that do follow the law , and Plaintiff wants His name no where near any Aviation Criminal Corporation. Plaintiff does not want any signature no where near a faa or a delta name. Plaintiff name runs deep in the US Gov from the Washington Monument funder Cuz, to other unknown public funding in 1776, a delta nazi corporation is a insult to Plaintiff, a nazi thug that can't leave Plaintiff alone, how dare

Defendant follows Plaintiff. Having a CDL is not a insult but a honest living, a new start for Plaintiff and because after having a million mile no accident like Plaintiff has as 53 foot Trailer Semi driver it fair to say Plaintiff is a Truck Driver. Plaintiff success is not only because of Plaintiff but the Great People Plaintiff surround Him self 90% of the time in Trucking .

Plaintiff does not need to lose another job, with relationship with People Plaintiff has good relationship with , because Defendant has some type of weird ideology with Plaintiff life or incompetence favoritism nazi pick issues, Plaintiff don't need Defendant or it nazi thug constituents of making Plaintiff life harder, Plaintiff does not have to believe the grass is greener at Defendant facility , to not be stalked, Plaintiff was not only spied on by Aviation corporation interest out side of work during the time Plaintiff was working in Aviation, but it still persist up to this day , with out end in site. The Aviation Mob Favoritism community does these act with out regard to a 4th Amendment of the United States of America Constitution. . Plaintiff does not understand why Defendant believes Plaintiff owl Defendant anything or Why Plaintiff thinks Plaintiff has no constitutional rights privacy , like it states in the 4th Amendment, of searches of intrude .

Defendant has no regard to the 4th Amendment of a Private Citizen, or any other Law or Constitutional statue like the 13th Amendment or the 14th Amendment of the United States Constitution of America , like Trump Who wants to remove the 14th for Corporate interest. The 13th Amendment states Involuntary servitude. Involuntary servitude means Plaintiff does not have to try another grass greener aviation position because a mob nazi favoritism people thinks the grass is greener a thug show that most lacks the basic ability to repair there own car , Defendant and there constituents maintenance practices is not my business, but to think Plaintiff will get involved with what ever You want to call there work , that a insult , Plaintiff does not need Defendant part swapper relationship or practice skills in any type of way . It involuntary. The faa has a license in there hands they need to keep it regardless Who right

Page 8 of 17

or wrong , I don't need it to say I am something for a prestige-pride , or do I need any more neighbors dead including Children Who Walk back and forth from school while these nazi not caring , are using a armed electronic weapon to get back at Plaintiff for a unknown reason to Plaintiff knowledge. If any federal agency did a federal investigation , just at where Plaintiff was working during the date and times, that known in the Social Security office or IRS , like when Plaintiff worked at Hearn Industrial Services at 35660 Clinton St , Wayne, Mi, Defendant during the afternoon, had to fly everyday , repeated non stop at His job, just to harass with there grass is greener show presence, and help of the nazi in the Wayne County Sheriff Who love to install high power super magnet RFID self activated weapons electronics murder weapons inside Plaintiff truck to electronic harass Plaintiff. Plaintiff has another legal Job , at Barnsco , at 7800 Dix St, Detroit, Mi, again during the time in the morning that Plaintiff was trying to work there , keep a job there , with responsibility of heavy truck over size haul , Defendant had to repeated non stop fly over this facilities , they purpose changed there flight path , just to fly where I was working to harass , stalk mob thug practices ,18 U.S. code 2261A.

This is not a coincidence, these facilities are no where near the airport, but these where repeated non stop direct flight, not one , not two or there here and there, it was non stop every 5 minutes repeated all day . Why does Defendant do this ?With out regards to stalking tort-law ? and18 U.S. code 2261.

**Lets just stop and think for a minute one of Defendant outsource contractor names , tempco, or penco,** does that sound like a place of intelligence in any type of way ? if You as a Judge don't see nothing wrong with this Defendant **Contractor name alone**, for those that have worked in Aviation understand clearly what penco means, only a corrupt faa will walk into a court room and say there nothing wrong with the name penco , and it sounds very legal , with out regards to what pencil means in aviation . This is not rocket science to understand what penco means or to understand , and to try to put my name near there decision thru force

harassment stalking means , this is insane to have  a name like a penco, out of all the names to

name a company penco, somebody name it  penco or temco ,  Plaintiff is not a temco or will be

affiliated with them or their  constituents like Delta Defendant .  Please just stop and think

before a Judgement is made if You are a person Who  follows the law , Who invested into

something  a Solid Person , Intelligent Person, is this  really intelligent place to surround Your

self with ? let alone a Delta who does  Maintenances at a temco? It not the right fit, and they

fire People on them bases, and  Plaintiff understands this with out a doubt. My name

Millan=AAillan , again name means  something to Plaintiff like I stated earlier  it might not

mean nothing to Defendant who  wants to free load my time thru all manipulation illegal

means,  but it means  something to Plaintiff , one it means not putting it near dirt, Would You

put Your name  with a penco? I mean You see the 8 Pyramids in the signature , I can't be more

specific, for  a Person Who Understands what 8 pyramids means they get it. Even Trump  tries

to sign  like Me but can't I Am the real deals not a joke or a clown.   Plaintiff wants nothing to

do with these People in any type of way, the license surrender decision like being fired on

4/11/2005 AMR decision is final on my both ends, plus Defendant sister contract  companies

Who also fired Plaintiff, We can make the grass greener to corner somebody    Who already has

a great future in another field , but Plaintiff decision of not coming back  thru the door has been

final since Plaintiff last firing in 2008. Plaintiff told Him self I  am never coming back here again

while walking out from being let go in 2008, Plaintiff  lives by the word. Plaintiff told His

supervisor and the faa You fire  Me I will never return  again , I meant it, nobody objected .

There no  fixing  yesterday,  I have no issue with  yesterday  and I am comfortable with

Yesterday, because of yesterday I found today,  and today and the present is a better day , it

like knowing something, is different than not- knowing, Yesterday I did not know but I know

today the elements defendant is , I don't  need not lies. The name temco where they do there

Maintenace speaks for  it self about clown  maintenance and to expect Me to put my name

with that insanity ,no way,  I am not a  clown for defendant amusement head games like Exhibit

1 shows proof of this allegation by defendant constituents Who always invent a problem, and wants Me to pay for ever for leaving like it a crime, or not take part in Clown maintenance practices , or do I need to be followed tracked by Defendant clown funded organization, this stalking that has only brings poverty and loses of hate crimes towards Plaintiff 18 U.S. 249/ 18 U.S. Code 2261A let's make it clear one more time, Plaintiff wants nothing to do with grass is greener, and the **air traffic controller has a history of these repeated flight path, meaning that there stalking behavior is not a secret** ,and so does other Agencies of where Plaintiff worked. Aviation put them self in there situation , Plaintiff has nothing to do with there decision clown practices, Plaintiff has bodily injury and health issues over a nazi corporation grass is greener stalker electronic weaponization that Defendant uses to tort law breaking practices , costing Plaintiff loss income , pain and suffering . Also Plaintiff would like to just expose this , and don't know Who responsible , in 2014 Plaintiff meet His future Wife in Reno, NV, named Katherine, what happen Plaintiff does not know, but believes this mobster did something again to ruin Plaintiff, and will not be surprised if Defendant funded it like a free flight ticket to hate. The only thing Plaintiff does know his mob stalker mother son in law, not my family was going 2000 miles always from Detroit to Reno to do Concrete work supposal , like they could not find a Guy to do concrete work in Reno, where Plaintiff changed his Geographic location just to be followed by the same People. Plaintiff moved there to live there, not be stalked by the same thug constituents negative People. Plaintiff that another weirdo behavior that out side from the norm besides Delta Airline Defendant having to stalk Plaintiff at ever single job Plaintiff works at with out end in site. Lets think about this story, He travel 2000 miles away to do concrete work, that a really good clowns story. Even Plaintiff Relationships , the aviation Monitors , and the mob stalkers thug have a need to control Plaintiff communication . Plaintiff just wants to clear something and to stop and think about this , Construction equipment is heavy and to think they will drive 2000 miles always hauling all these equipment for a job , does not make since in Plaintiff eyes when California is next door full of Concrete Companies

and workers lined up waiting at a home depot begging for work . Plaintiff Mother son and law with the delta tattoo (like a ms13 gangster , a delta gangster) , and his people has already cross Plaintiff enough at 04-11-2005 AMR nazi, there was no reason for this v nazi to ever come near Plaintiff and let alone a nazi delta defendant to control anything or believe that stalking Plaintiff is legal . Just in recent years at a local Trenton , Oreilly where Plaintiff had a relationship with workers, and was being offered a job repeated CDLA by the store manages Who Plaintiff was really good friends with just out of coincidences a Guy that works at the airport had to go there to get a job there , just like the bar Plaintiff was going to and meet Katherine , they also had to go there , talk about Me , and all of a sudden People are saying things that nobody knows about Plaintiff, these stalking behavior mob patterns are not in any way in Plaintiff interest, and has costing Plaintiff His life (Katherine a good person ) . This is one of many Places that Defendant thug constituents follows from work places to other places once Plaintiff start going there Defendant mob thugs to have to go there . These are the type of unwelcome stalking behavior that with these thugs knowing about Me bring it's unwelcome . These People act like When I was fired at my last A and P job after I permanent quit around 7/2008 I left the airport with a cake party, I left my last Airport Job with 10 cops escorting Me out. I can keep going on with crimes after crimes but it will be over looked . We see the current political situation interest that some expressed in the need of removal the 13th and 14th Amendment Constitution of the United States of America . This is a step closer to being told where to work like a Communist control controlled country. This is for the interest of other like wall street corporations. What even worse is some federal organizations agencies appear to support these type of force labor practices, because they are supporting the current president . Meaning helping these corporation that want to manipulate and force labor other . This no 14th Amendment is something Plaintiff has delt with for over a decade now. Now We see the starting of force labor practice interest for these thug corporation like Defendant at the Executive Branch of the United States Government openly . The level of non

Page 12 of 17

responsibility is so bad, that the Executive Level of our Government wants to change even this industry responsibility of refund flights if a flight gets cancel. Lets think about this, You s tart a job , but don't finish the job? like a incompletion? This is not something that responsible People do, leave a customer stranded at a Airport.  That the equivalent of My Trucking company taking a load, and not delivering the  load, that not something that not ethical in my book. Plaintiff reputation is important , and  matters to Plaintiff with Plaintiff name. This responsibility part is a good reason never to  return , and Defendant and it thugs , stalks with out regard to the 14th Amendment of the  United States constitution, while committing harm to Plaintiff  Tort Act.  This practice is a dangerous practice of weaponizing aircraft instrument are not  only illegal , but unconstitutional under the 14th Amendment , let alone what does these  children walking back and forth to school has to do with Defendant issue? I aske? Plaintiff has no control  of the decisions of the past or the current environment situation  that Defendant faces because of Defendant  decisions . Having a 14th Amendment or Not , will not fix Defendant Incompetence, or poor judgement  issues of running a business.  Plaintiff believes Defendant and their thug constituents has no business in  business  . People  should take responsibility for there decision and actions, Defendant  needs to take responsibility for there actions , and leave Plaintiff a innocent victim alone .  We are all responsible for our decisions but Plaintiff decision has been affected  over and over by Defendant mob stalker hate operation that persist of decades of working . Plaintiff does not share any responsibility for Defendant decisions, and has a right  to His decisions, I am not a kid Who can't make my decisions .  First Amendment Right of the United States Constitution Plaintiff first Amendment right has been Violated with Delta Defendant Mob  Stalking Behavior of tort law breaking activities . Joel Osteen a deep Preacher out of Texas,  has a message that Plaintiff believes, and it a message not of mafia v nazi eagle looking to  the right message, like AMR mob signals  , but a message of The  Right People.

Joe  Osteen explains  that You can't fly with a Eagle if Your surrounded by

chickens, You will become those that Your surround Your self with . Wen Plaintiff worked at in Taylor , Michigan, a bunch of thug weirdos from the airport after a few weeks stalked Plaintiff and got a job there. Now what does Defendant Company or Aviation as a industry have to offer Plaintiff, Thugs, liars , clowns and Nazi surround? Plaintiff is not a Thug or a nazi, that don't click in the Aviation mobster head.

Not only has Plaintiff made a Grown Man decision to move on, from Aviation mob nazi favoritism thug clowns, but it in Plaintiff religion to surround Plaintiff future with the right People. Nazi, clowns, weirdoes , liars and there thugs are not the right People in any type of way . If these People where the right People they would not have the need to break the law and follow nobody in the first place Plaintiff. Plaintiff has found the right People in Trucking, that fits Plaintiffs religion practices, by having the wrong People following Plaintiff it a violation of Plaintiff first Amendment right tort law to choose Plaintiff surrounding. Plaintiff has paid a very high price for being around the wrong People , Plaintiff understand this Religious practice and has helped Plaintiff . People who use electronic weapons to stalk (with out regards to Children walking back and forth ) and cause bodily harm is not the right People, Aviation nazi don't have the right People because they are not the right People in any type of way. Plaintiff first Amendment right of seeking new People , new places , and leaving the past in the past is being violated under tort law, and US Constitutional law, a person can't move on from the past no matter how hard they try or ignore a situation, when the past follows a Person with immunity and murder attempts for a hate goal, like a record.

## 18 U.S. Code § 2261A – Stalking

In this statue is states surveillance , and these repeated aircraft do have cameras in there belly. What type of mob surveillance do they need on a Truck Driver , not only that if You look at the video the reroute these aircraft to directly fly unwelcome over Plaintiff place. Plaintiff last 4th of July was in a remove desert location in Nevada, and yet Delta had a few

aircraft start to fly there to. Every where I go is the flight path , there something wrong. When Plaintiff had to residency back before 2018 , they would fly over both houses from one house to anther , one in Woodhaven to directly repeat over the other in Southgate, Mi, Strange . They did same thing in Nevada sending a message no matter where I move to they will follow like the judge pizza intimidation and use there electronic weapon. What option do I have to to file this ? I ask the Judge what option? I went to one side of Nevada that was there repeated flight path , to the other.

## COURT HISTORY

Courts have a history of dismissing the cases based on anything they can find , with our regards to Who is asking seeking the help. Such a conduct of the equivalent of a mechanic taking advantage of somebody that does not focus decades of years of study in a mechanic studies , if a mechanic did the same behavior as the courts in the past that would be illegal, to take advantage of somebody for not knowing . Lets be fair here.

## Conclusion

Defendant has no business tracking physical/ internet , stalking , following Plaintiff after a faa A and P license surrender in any type of way. Plaintiff video and documentation proofs beyond a reasonable doubt that Defendant has some type of weirdo issue with Plaintiff. What ever is the aviation weirdo issue going on there ,their is no reason to ever , ever come near Plaintiff in any type of way. The aviation thug nazi community has Plaintiff federal license in the faa hand for a reason, than that is to never come near Plaintiff again, but that not what

happen in the last decade plus more years.  Plaintiff has major loses from all types of investment to personal loses from  Defendant tort crimes, and   Constitutional crimes.

## Prayer for Relief

Accordingly, Plaintiff request the courts require Defendant to pay the cost of  $300 million dollars, to learn there lesson of never bother anybody that surrender a  federal license. People are not robots that You  unplug and plug back in when You want  the relationship to start again, Reality People are not robots , and People sue in the real  world , when laws are broken.

Sincerely Yours

Rodrigo De Souza Millan

_ET MWMW_

_10- 01- 2025_

**EXHIBIT**

Page 17 of 17

# U.S. DEPARTMENT OF TRANSPORTATION
Federal Aviation Administration

## LETTER OF SURRENDER CERTIFICATE

**PRIVACY ACT:** This information is required under the authority of the Federal Aviation Act (Section 602). Certification cannot be completed unless the data is complete. Routine uses of records maintained in the system include categories of users and the purposes of such uses; i.e., to determine that airmen are certified in accordance with the provision of the Federal Aviation Act of 1958; repository of documents used by individual and potential employers to determine validity of airman quals; purpose to support investigative efforts of investigation and law enforcement agencies of Federal, State, and local governments; supportive information in court cases concerning individual status and/or qualifications in law suits; to provide data for the Comprehensive Airman Information System (CAIS); and to provide documents for microfilm and microfiche backup records.

Federal Aviation Administration.
Airmen Certification Branch, AFS-760
P.O. Box-25082
Oklahoma City, Oklahoma  73125

I **VOLUNTARILY** surrender my _____ MECHANIC _____
*(Type of Certificate)*

certificate. I understand that in order to obtain another certificate, I must pass any and all

written, oral, and practical tests prescribed for the issuance of the certificate as stated in

the Federal Aviation Regulations.

Signed _____

Rodrigo Desouza Millan
*(Printed First/Middle Last Name)*

this _____ day of _____

_____
*(Address)*

_____
*(City/State/Zip)*

_____
*(Certificate Number)*

Attach your certificate to this letter
(If not applicable, state reason)

*[handwritten annotations]:* I can't sign this because then I would be lieing. I have to change it to harassment, criminal Acts, Injustice ... your itself me to... Am Not g... to lie for nobody

# BILL OF LADING

Page 1

**SHIP FROM**
ShurTech Brands LLC
32150 Just Imagine Drive
Avon, OH 44011
SID#: 0003201759/3003201759          FOB: ☐

**SHIP TO**
SHURTECH BRANDS, LLC
4800 Partnership Drive
Oklahoma City, OK 73131
CID#: 60003                              US     FOB: ☐

**THIRD PARTY FREIGHT CHARGES BILL TO:**

# 80992830

**SPECIAL INSTRUCTIONS:**

D# 7

Bill of Lading Number: 00753530003897192

(402)   00753530003897192

CARRIER NAME: CH ROBINSON
Trailer number: CHRB 53001
Seal number(s): 6926684
Wave Number: 20111025036
SCAC: CHRB
Pro number:

(9012K) CHRB          968

**Freight Charge Terms:** *(freight charges are prepaid unless marked otherwise)*
Prepaid ___X___     Collect _____     3rd Party _____

☐ (check box)   Master Bill of Lading: with attached underlying Bills of Lading

| CUSTOMER ORDER NUMBER | # PKGS | WEIGHT | PALLET/SLIP (CIRCLE ONE) | | ADDITIONAL SHIPPER INFO |
|---|---|---|---|---|---|
| 0005017616 | 2194 | 21342 | (Y) | N | SO# 80992830 |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| | | | Y | N | |
| **GRAND TOTAL** | 2194 | 21342LB | Y | N | |

| HANDLING UNIT | | PACKAGE | | | | CARRIER INFORMATION | | |
|---|---|---|---|---|---|---|---|---|
| QTY | TYPE | QTY | TYPE | WEIGHT | H.M. (X) | COMMODITY DESCRIPTION | LTL ONLY | |
| | | | | | | | NMFC # | CLASS |

Commodities requiring special or additional care or attention in handling or stowing must be so marked and packaged as to ensure safe transportation with ordinary care. See Section 2(e) of NMFC Item 360

Subject to Count & Verification

Melody King

UMKing

See Attached Supplement

| 60 | | 2194 | | 24042LB | | | **GRAND TOTAL** | |

Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property as follows:
"The agreed or declared value of the property is specifically stated by the shipper to be not exceeding

_____ per _____

**NOTE** Liability Limitation for loss or damage in this shipment may be applicable. See 49 U.S.C. ☐ 14706(c)(1)(A) and (B).

RECEIVED, subject to individually determined rates or contracts that have been agreed upon in writing between the carrier and shipper, if applicable, otherwise to the rates, classifications and rules that have been established by the carrier and are available to the shipper, on request, and to all applicable state and federal regulations.

**COD Amount: $** _____
Fee Terms:   Collect: ☐    Prepaid: ☐
Customer check acceptable: ☐

The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

_____ Shipper Sig...

**SHIPPER SIGNATURE / DATE**
This is to certify that the above named materials are properly classified, packaged, marked and labeled, and are in proper condition for transportation according to the applicable regulations of the DOT.

| Trailer Loaded: | Freight Counted: | **CARRIER SIGNATURE / PICKUP DA...** |
|---|---|---|
| ☐ By Shipper | ☐ By Shipper | Carrier acknowledges receipt of packages and required placards. Carrier certifies emergency response information was made available and/or carrier has the DOT emergency response guidebook or equivalent documentation in the vehicle. Property described above is received in good order |
| ☐ By Driver | ☐ By Driver/pallets said to contain | |
| | ☐ By Driver/Pieces | |

6:30          QG301747

PRE
198 Total Quality Logistics

SHIPPER  32
API ENTERPRISES, INC.
4901 SOUTH I-35
OKLAHOMA, OK 73129

BILL TO OR REMIT TO

CONSIGNEE   FDL01-01-
FOOD LION DC 01
6500 ENTERPRISE DRIVE

DISPUTANTA, VA 23842

ISSUING OFFICE OR AGENT
PLANT   AOK
CHEP CODE

GENERAL COMMENTS

Driver Unload ... Check in: 8;55 Check out: 9;35
PO 01497881   Deliver on 10/31/11 05:00 PM Per conf# APP1638259 Phone: (804) 561-8960

| PIECES | DESCRIPTION | WEIGHT | RATE | CHARGES | CLASS |
|--------|-------------|--------|------|---------|-------|
| 1,632 | 133782-01  B2080-8870   FOOD LION RECYCLE | 42,950 | | | |
| | WHITE      11.5 x 6.5 x 20 | | 01497881 | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| 1,632 | | Total Weight: | 42,950 | | |
| | 34 total pallets, 34 pallets @ 48ea | | | | |
| | Seal # 4450999 , trailer # 53001 | | | | |

REMIT C.O.D.
TO

COD AMT: S

C.O.D. FEE   PREPAID [ ]   S
COLLECT [ ]

ADDRESS

Subject to Section 7 of conditions  If this shipment is to be delivered to the consignee without recourse on the consignor, the consignor shall sign the following statement:
The carrier shall not make delivery of this shipment without payment of freight and all other lawful charges.

TOTAL CHARGES  S

NOTE – Where the rate is dependent on value, shippers are required to state specifically in writing the agreed or declared value of the property.
The agreed or declared value of the property is hereby specifically stated by the shipper to be not exceeding

S _____ Per _____

(Signature of Consignor)

RECEIVED, subject to the classifications and tariffs in effect on the date of the issue of this Bill of Lading, the property described above in apparent good order, except as noted (contents and condition of contents of packages unknown) marked, consigned, and destined as indicated above which said carrier (the word carrier being understood throughout this contract as meaning any person or corporation in possession of property under the contract) agrees to carry to its usual place of delivery at said destination, if on its route, otherwise to deliver to another carrier on the route to said destination. It is mutually agreed as to each carrier of all or any of said property, over all or any portion of said route to destination and as to each party at any time interested in all or any said property, that every service to be performed hereunder shall be subject to all the bill of lading terms and conditions in governing classification on the date of shipment.
Shipper hereby certifies that he is familiar with all the bill of lading terms and conditions in the governing classification and the said terms and conditions are hereby agreed to by the shipper and accepted for himself
This is to certify that the above named materials are properly classified, described, packaged, marked and labeled and are in proper condition for transportation, according to the applicable regulations of the Department of Transportation.

| SHIPPER   API ENTERPRISES, INC. | CARRIER   Total Quality Logistics | |
|---|---|---|
| PER        10-28-11 | PER | DATE  10-28-11 |

* Mark with "X" or "RQ" if appropriate to designate Hazardous Materials or Hazardous Substances as defined in the department of Transportation Regulations governing the transportation of hazardous materials. The use of this column is an optional method for identifying hazardous materials on bills of lading per Section 172.201 (a)(1)(III) of Title 49, Code of Federal Regulations. Also, when shipping hazardous materials, the shipper's certification statement prescribed in Section 172.204 (a) of the Federal Regulations must be indicated on the bill of lading, unless a specific exception from this requirement is provided in the Regulations for a particular

Dear FAA here is my affidavit

Reason harassment, criminal activities and sabotage . I was put to work with people like jiffy at ae Airlines in hitler mustache y was my work sabotage something is up no matter where I went my work was sabotage u p or great falls, MT and elsewhere . Their was always somebody their starting stuff. came to the conclusion that I will never be able to work at the airport with out harassment or my work being sabotage, u the FAA continue to refuse to investigate . Somebody in the gov agency, or somebody with power does not want me working at the airport probably a nazi like the one wow made the email about discarding Mexicans at schools the one how said get creative. I went to the Airport to work not to play little kid games. Am not willing to sabotage other work am not their to prove a point. I rather lose my job then to go down to that level . So the A & P license is worthless to me. Y even have it I will never work at the airport again I already lost to much I am not willing to lose no more. I have a new career witch with my new career has been good to me unlike aviation. Where I only lost. I realize u are not going to shut American eagle down for good or put criminals like sam my old supervisor & people like jeff lyell nacy, dave pole and mike in prison where they belong for false flying federal documents. Or am I going to get money for my lost out of AE pocket. You still refuse to investigate it has not been 7 years I am willing to testify am willing to take lie detector test. You refuse to investigate . I refuse to lose any more I follow rules and at the end am the one who losses' y was I rushed as a new mechanic y was I harassed Avery day to falsify , if I keep asking u to do something u don't do like a kid asking their dads can I have this y yy yyy it will get on your nerves y did I have to keep telling them no Avery single day that alone will mess somebody work up. Sam complained I was going to slow so then I must watch other mechanics to see how they do the job faster then me . you should go and see jeffy 10 minute tire change job how does he do it when it takes 5 to 10 minutes to get the tools out from the tool crib due to line (keep in mind u have to clean something to inspect it ). I relive I will never be compensated for my losses . for the people that wanted this here is the licenses I hope the Nazis at homeland security are happy and proud of using 911 as a political tool for their nazi agenda of harassing a minority. here is my supposedly my terror license , it is supposedly to be a free country people are supposedly to choose their career s but the gov or the union or who ever proved different somebody am not sure who and am not going to pointing finger but am 99% sure who but am not going to point finger . am not going to talk shit to u the FAA .am not going to provoke you. Am not going to have this license . am being falsify accused of being something am not that alone is slander law.. Violating somebody's constitutional rights that is a 10 year prison sentence according to the FBI nobody has been arrested. Their for I don't want nothing to do with u or the license or the gov . I don't want to be involved I am not and will not be involved with no organization, all I am is a peaceful working tax paying citizen that is all I will bee. As far as am concern this license is done and not active no more I am aware of if I wanted a new license I would have to pay and retake my test am very well aware I don't need u to tell me the law I understand the FAR very well I am not the one that got to work on the airplane with out a education am not the one who got special treatment of getting a job with out knowing or not having a clue (I am a real mechanic unlike 90% of A and P out their) I got my license and was put on the line to compete with a pencil that was the deal I got . I went the extra mile to get nowhere due to sabotage u seen the document from south west airlines it is in the company interest to get rid of the A and P and get repair men it is in their interest to make a A and P look like a non mechanic to bring aboard more repair men to so they can

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

## I. (a) PLAINTIFFS
Rodrigo De Souza Millen

**(b)** County of Residence of First Listed Plaintiff  Wayne, Mi
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*
Rodrigo De Souza Millen

### DEFENDANTS
Delta Airlines, Inc

County of Residence of First Listed Defendant
*(IN U.S. PLAINTIFF CASES ONLY)*
NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF
THE TRACT OF LAND INVOLVED.

Attorneys *(If Known)*

## II. BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

- ☒ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question *(U.S. Government Not a Party)*
- ☐ 4 Diversity *(Indicate Citizenship of Parties in Item III)*

## III. CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT *(Place an "X" in One Box Only)*
Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 422 Appeal 28 USC 158 | ☐ 375 False Claims Act |
| ☐ 120 Marine | ☒ 310 Airplane | ☐ 365 Personal Injury - | ☐ 690 Other | ☐ 423 Withdrawal | ☐ 376 Qui Tam (31 USC |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Product Liability | | 28 USC 157 | 3729(a)) |
| ☐ 140 Negotiable Instrument | Liability | ☐ 367 Health Care/ | | | ☐ 400 State Reapportionment |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Pharmaceutical | | **PROPERTY RIGHTS** | ☐ 410 Antitrust |
| & Enforcement of Judgment | Slander | Personal Injury | | ☐ 820 Copyrights | ☐ 430 Banks and Banking |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Product Liability | | ☐ 830 Patent | ☐ 450 Commerce |
| ☐ 152 Recovery of Defaulted | Liability | ☐ 368 Asbestos Personal | | ☐ 835 Patent - Abbreviated | ☐ 460 Deportation |
| Student Loans | ☐ 340 Marine | Injury Product | | New Drug Application | ☐ 470 Racketeer Influenced and |
| (Excludes Veterans) | ☐ 345 Marine Product | Liability | | ☐ 840 Trademark | Corrupt Organizations |
| ☐ 153 Recovery of Overpayment | Liability | **PERSONAL PROPERTY** | **LABOR** | ☐ 880 Defend Trade Secrets | ☐ 480 Consumer Credit |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 370 Other Fraud | ☐ 710 Fair Labor Standards | Act of 2016 | (15 USC 1681 or 1692) |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | ☐ 371 Truth in Lending | Act | | ☐ 485 Telephone Consumer |
| ☐ 190 Other Contract | Product Liability | ☐ 380 Other Personal | ☐ 720 Labor/Management | **SOCIAL SECURITY** | Protection Act |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Property Damage | Relations | ☐ 861 HIA (1395ff) | ☐ 490 Cable/Sat TV |
| ☐ 196 Franchise | Injury | ☐ 385 Property Damage | ☐ 740 Railway Labor Act | ☐ 862 Black Lung (923) | ☐ 850 Securities/Commodities/ |
| | ☐ 362 Personal Injury - | Product Liability | ☐ 751 Family and Medical | ☐ 863 DIWC/DIWW (405(g)) | Exchange |
| | Medical Malpractice | | Leave Act | ☐ 864 SSID Title XVI | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☒ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 440 Other Civil Rights | **Habeas Corpus:** | ☐ 791 Employee Retirement | | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 441 Voting | ☐ 463 Alien Detainee | Income Security Act | **FEDERAL TAX SUITS** | ☐ 895 Freedom of Information |
| ☐ 230 Rent Lease & Ejectment | ☐ 442 Employment | ☐ 510 Motions to Vacate | | ☐ 870 Taxes (U.S. Plaintiff | Act |
| ☐ 240 Torts to Land | ☐ 443 Housing/ | Sentence | | or Defendant) | ☐ 896 Arbitration |
| ☐ 245 Tort Product Liability | Accommodations | ☐ 530 General | | ☐ 871 IRS—Third Party | ☐ 899 Administrative Procedure |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 535 Death Penalty | **IMMIGRATION** | 26 USC 7609 | Act/Review or Appeal of |
| | Employment | **Other:** | ☐ 462 Naturalization Application | | Agency Decision |
| | ☐ 446 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 465 Other Immigration | | ☐ 950 Constitutionality of |
| | Other | ☐ 550 Civil Rights | Actions | | State Statutes |
| | ☐ 448 Education | ☐ 555 Prison Condition | | | |
| | | ☐ 560 Civil Detainee - | | | |
| | | Conditions of | | | |
| | | Confinement | | | |

## V. ORIGIN *(Place an "X" in One Box Only)*

- ☐ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from Another District *(specify)*
- ☐ 6 Multidistrict Litigation - Transfer
- ☐ 8 Multidistrict Litigation - Direct File

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
1st and 14th Amendment of US Constitution 18 US 261A
Brief description of cause:
Stalkrad, not respecting Plaintiff decision

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.
DEMAND $ if Possible $300,000
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
*(See instructions):*
JUDGE _____  DOCKET NUMBER _____

DATE  October 1, 2025
SIGNATURE OF ATTORNEY OF RECORD

### FOR OFFICE USE ONLY

RECEIPT # _____  AMOUNT _____  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____

# PURSUANT TO LOCAL RULE 83.11

1.　　　　Is this a case that has been previously dismissed?　　　　☐ Yes
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☒ No

　　If yes, give the following information:

　　Court: _____

　　Case No.: _____

　　Judge: _____

2.　　　　Other than stated above, are there any pending or previously
　　　　　discontinued or dismissed companion cases in this or any other　　☐ Yes
　　　　　court, including state court? (Companion cases are matters in which　☒ No
　　　　　it appears substantially similar evidence will be offered or the same
　　　　　or related parties are present and the cases arise out of the same
　　　　　transaction or occurrence.)

　　If yes, give the following information:

　　Court: _____

　　Case No.: _____

　　Judge: _____

Notes :